**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

September 04, 2014

Hon. Leslie Werner
Attorney at Law
P. O. Box 247
Victoria, TX 77902
* DELIVERED VIA E-MAIL *

Hon. Diane Kliem
Attorney at Law
5606 N. Navarro, Suite 209
Victoria, TX 77904
* DELIVERED VIA E-MAIL *

Hon. Ashley J. Pall
Attorney at Law
108-A N. Main
Victoria, TX 77901
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00162-CV
Tr.Ct.No. 11-08-21,927CV
Style:   ADRIAN GAITAN v. ERICA THUMANN

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Honorable Dwight E. Peschel (DELIVERED VIA E-MAIL)
      Hon. Sherry T. Henke (DELIVERED VIA E-MAIL)